## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**PURVIS MARTINEZ WOOTEN**                                             **PLAINTIFF**

**V.**                                                    **NO. 3:13CV00155-MPM-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                          **DEFENDANT**

### ORDER

Upon consideration of the file and record of this action, the court finds the Report and Recommendation of the United States Magistrate Judge dated October 1, 2013, was on that date duly served upon counsel of record for the Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated October 1, 2013, is approved and adopted as the opinion of the court.

2. That this case is DISMISSED without prejudice.

**THIS**, the 30th day of October, 2013.

> **/s/ MICHAEL P. MILLS**
> **CHIEF JUDGE**
> **UNITED STATES DISTRICT COURT**
> **NORTHERN DISTRICT OF MISSISSIPPI**